PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
DIVISION

UNITED STATES OF AMERICA

v.    } Crim. No.  4:16CR00158-1

Nancy L. Spencer

On July 12, 2016, the above named was placed on probation for a period of six months. She has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Nancy L. Spencer be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of November, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA